RECEIVED
OCT 11 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FILED
OCT 12 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JIMMY MASSEY, KATHLEEN WASHPON, CALYLLE WASHPON, AND JANE/JOHN DOE<br><br>Plaintiff,<br><br>vs.<br><br>THE PROGRESSIVE CORPORATION, FARMERS CASUALTY INSURANCE COMPANY, PERMANENT GENERAL ASSURANCE CORP, UNITED HEALTHCARE CORPORATE OFFICE & HEADQUARTERS, AND U.S. DEPARTMENT OF VETERANS BENEFITS<br><br>Defendant | Case No.: Number 1:23CV01239RP<br><br>COMPLAINT |

## COMPLAINT

(Name and Address of Plaintiff)

Jimmy Massey, Post Office Box 1649, Rockdale, Texas 76567-1649

Kathleen Washpon, Post Office Box 1649, Rockdale, Texas 76567-1649

Calylle Washpon, Post Office Box 1649, Rockdale, Texas 76567-1649

Jane/John Doe, Post Office Box 1649, Rockdale, Texas 76567-1649

(Name and Address(es) of Defendant(s))

The Progressive Corporation, 6300 Wilson Mills Rd., Mayfield Village, Ohio 44143

Farmers Casualty Insurance Company, 6301 Owensmouth Ave, Woodland Hills, CA 91367

COMPLAINT - 1

Permanent General Assurance Corp, 2636 Elm Hill Pike, Suite 510, Nashville, Tennessee 37214

United Healthcare Corporate Office & Headquarters, 9900 Bren Rd. E., MN008-T-615 Minnetonka MN 55343

U.S. Department of Veterans Benefits, 810 Vermont Ave., NW, Washington, DC 20420

The plaintiffs in this case, along with beneficiaries, Jimmy Massey, Kathleen Washpon, Calylle Washpon, and Jane/John Doe, bring forth this joint complaint against multiple insurance companies operating within the jurisdictional state of Texas, specifically The Progressive Corporation, Farmers Casualty Insurance Company, Permanent General Assurance Corp, United Healthcare Corporate Office & Headquarters, U.S. Department of Veterans Benefits, hereinafter referred to as "Defendants." We represent a group of policyholders and beneficiaries who have suffered from the Defendants' improper and unlawful actions. Kathleen Washpon is one of the plaintiffs in this action, and we collectively assert our legal rights and claims in relation to tangible and intangible assets, including ownership, possession, use, or control of property, as defined by the law.

We specifically allege that the Defendants have engaged in inappropriate insurance settlements when they failed to fulfill their contractual obligations to beneficiaries by offering inadequate compensation or by denying valid claims without proper justification. These inappropriate settlements have resulted in the beneficiaries not receiving the coverage they are entitled to under these insurance policies.

(Jurisdiction Plea)

COMPLAINT - 2

We respectfully assert that this court has proper jurisdiction over the matter at hand. The actions complained of, namely the inappropriate insurance settlements, denials of settlement benefits, failure to implement an effective complaints process, and violation of the Administrative Procedure Act (APA Act), occurred within the state of Texas. Furthermore, the insurance policies at the center of this dispute are governed by Texas law, including the Texas Insurance Code. Therefore, it is entirely appropriate for this court to adjudicate these matters and provide a remedy for the injustices suffered by the plaintiffs and beneficiaries.

(Allegation 1)

Applicable Texas Insurance Code Sections and Texas Administrative Code Section:

Inappropriate Insurance Settlements: The Defendants' actions of engaging in inappropriate insurance settlements, specifically offering inadequate compensation and denying valid claims without proper justification, further demonstrate their discriminatory practice in direct violation of Texas Insurance Code Section 541.060, which requires insurance companies to act in good faith and deal fairly with policyholders and beneficiaries.

(Allegation 2)

Denials of Settlement Benefits: The wrongful denials of settlement benefits have resulted in delays, and of effective and timely follow ups in Plaintiff Kathleen Washpon's necessary medical treatments and services are in direct contravention of Texas Insurance Code Section 542.003, which outlines the requirements for processing claims promptly and fairly.

(Allegation 3)

COMPLAINT - 3

Failure to Implement an Effective Complaints Process: The Defendants' failure to establish and maintain effective and efficient complaints or grievance process violates Texas Administrative Code Section 21.203, which mandates insurers to have procedures in place for handling complaints from policyholders and beneficiaries, further exacerbating the hardships faced by the Plaintiffs.

(Allegation 4)

Violation of the Administrative Procedure Act (APA Act): The Defendants' failure to adhere to the provisions of the Administrative Procedure Act (APA Act), combined with their discriminatory actions and inadequate complaints process, demonstrates a pattern of improper conduct that merits legal redress is a violation of Texas law, further compounded by their failure to implement effective complaints processes as required by the Texas Insurance Code.

(Allegation 5)

Age and Disability Discrimination: Defendants UnitedHealthcare and Medicaid have engaged in age and disability discrimination by delaying or denying Kathleen Washpon's medical services and treatments due to her age and disability. These actions violate numerous sections of the Texas Insurance Code, including but not limited to Texas Insurance Code Section 541.060, which requires insurance companies to act in good faith and deal fairly with policyholders and beneficiaries, regardless of age or disability.

(Allegation 6)

Delayed Right to a State Hearing: We assert that the Defendants have denied Ms. Washpon's right to a state hearing for several years. These denials or delays further compound the

COMPLAINT - 4

harm she has suffered due to age and disability discrimination and inappropriate insurance settlements. The denial of this fundamental right has prevented Ms. Washpon from seeking a fair resolution to her grievances.

II. LEGAL RIGHTS AND CLAIMS:

A. Legal Rights and Claims in Relation to Tangible and Intangible Assets:

Ownership of Insurance Policies (Tangible Asset): We, the plaintiffs, collectively own insurance policies with the defendant insurance companies. These policies represent tangible assets, and we have the right to benefits and coverage as outlined in these contracts.

Possession and Use of Insurance Benefits (Tangible Asset): As policyholders, we possess the right to claim and use insurance benefits when we meet the terms and conditions specified in our policies. These benefits, though intangible until claimed, represent valuable assets that we are entitled to access.

Control of Insurance Claims (Intangible Asset): We have the right to control and manage our insurance claims. This includes the ability to submit claims, provide necessary documentation, and expect fair and timely processing by the insurance companies.

Leasehold Interest in Insurance Coverage (Intangible Asset): In a sense, insurance policies can be considered a form of leasehold interest. We lease coverage from the insurance

COMPLAINT - 5

companies, and in return, we are entitled to the protection and benefits provided by those policies for the duration of the policy term.

Right to Effective Complaints Process (Intangible Asset): We collectively assert the intangible asset of having the right to effective and efficient complaints or grievance process. This is a valuable right that policyholders should have to address grievances with their insurance companies.

Claim for Equitable Remedies (Intangible Asset): We are collectively claiming equitable remedies to ensure that the insurance companies implement an effective complaints process. This intangible asset is crucial for policyholders to have a fair mechanism for addressing grievances.

B. The Legal Right to Be Made Whole Before the Damages or Injuries:

We, the plaintiffs, assert our legal right to be made whole before the damages or injuries caused by the Defendants. This right encompasses both tangible and intangible assets. We seek compensation for the financial losses and emotional distress suffered due to the wrongful denials of settlement benefits. These damages encompass both tangible financial losses and intangible emotional distress, which are assets that we are entitled to recover.

Relief

We collectively request that the court grant the following relief:

COMPLAINT - 6

Compensatory Damages: To compensate the Plaintiffs for the harm suffered due to age and disability discrimination, inappropriate insurance settlements, and denials of settlement benefits, including the resulting delays or denial in medical treatments and services.

Equitable Remedies: To ensure that UnitedHealthcare and Medicaid implement effective complaints or grievance processes in accordance with Texas law.

Exemplary Damages: As a deterrent against future misconduct by UnitedHealthcare and Medicaid.

Attorney Fees: To cover the legal costs incurred in pursuing this action.

Disclosure of Specific Materials: Pursuant to the Texas Rule of Civil Procedure 193.4, we request the court to order UnitedHealthcare and Medicaid to disclose all relevant materials related to claim denials, complaints processes, and APA Act compliance.

Attorney Regarding Investigations and Establishing Liability:

Plaintiffs in personal injury cases typically have several expectations of their personal injury attorney regarding investigations and establishing liability. These expectations include:

Thorough Investigation: Clients expect their attorney to conduct a thorough investigation into the circumstances surrounding the injury. This includes gathering evidence,

COMPLAINT - 7

interviewing witnesses, obtaining accident reports, and collecting medical records and bills. Clients rely on their attorney's investigative skills to uncover crucial details that can support their claim.

Determining Liability: Clients expect their attorney to determine who is liable for their injuries. This involves identifying the responsible party or parties, whether it's an individual, a company, or multiple entities. Establishing liability is a fundamental aspect of personal injury cases, and clients count on their attorney to do so convincingly.

Legal Expertise: Clients anticipate that their attorney will have a deep understanding of personal injury law, including the relevant statutes and case precedents. They expect their attorney to provide legal guidance on the strength of their case, potential legal strategies, and the likelihood of success.

Building a Strong Case: Clients want their attorney to build a strong and compelling case on their behalf. This includes organizing evidence, identifying key arguments, and crafting a persuasive narrative that supports their claim. Clients rely on their attorney's skills to present their case effectively in negotiations or in court.

Communication: Clients expect open and transparent communication with their attorney. They want to be kept informed about the progress of their case, developments in the investigation, and any updates related to liability. Effective communication helps clients make informed decisions throughout the legal process.

Timeliness: Clients anticipate that their attorney will work diligently to move the case forward in a timely manner. This includes meeting deadlines, filing necessary documents promptly, and avoiding unnecessary delays. Clients understand that a timely resolution can be essential, especially when dealing with medical expenses and lost wages.

Negotiation Skills: Clients look to their attorney to negotiate with the opposing party or their insurance company to secure a fair settlement. They expect their attorney to advocate on their behalf and have the negotiation skills to reach a favorable outcome.

Legal Expertise: Clients expect their attorney to have a deep understanding of the relevant areas of law, whether it's contract law, tort law, employment law, or any other specialty. Clients rely on their attorney's legal knowledge to navigate complex legal issues.

Case Assessment: Clients want their attorney to assess the strengths and weaknesses of their case objectively. They expect an honest evaluation of the likelihood of success and potential risks. This helps clients make informed decisions about how to proceed.

Strategy Development: Clients look to their attorney to develop a sound legal strategy tailored to their specific case. This includes identifying legal theories, outlining key arguments, and creating a roadmap for litigation or negotiation.

Evidence Gathering: Clients expect their attorney to assist in collecting and preserving evidence that supports their case. This may involve obtaining documents, interviewing witnesses, or working with experts to analyze evidence.

COMPLAINT - 9

Witness Preparation: Clients rely on their attorney to prepare them and any witnesses for depositions, hearings, or trial testimony. This includes coaching on how to effectively communicate facts and maintain composure under questioning.

Document Review: Clients expect their attorney to thoroughly review all relevant documents, contracts, agreements, and correspondence related to the case. This helps uncover critical details that can strengthen their position.

Settlement Negotiation: If a case can be resolved through negotiation, clients want their attorney to have strong negotiation skills. They rely on their attorney to advocate for their interests and secure a favorable settlement when possible.

Trial Preparedness: In cases that go to trial, clients seek an attorney who is well-prepared and has a solid courtroom presence. They want to know that their attorney can present their case persuasively before a judge and jury.

Legal Research: Clients expect their attorney to conduct thorough legal research to support arguments, find relevant case law, and stay updated on any changes in the law that may impact the case.

Cost Management: Clients appreciate transparent communication about legal fees and costs associated with the case. They want to understand billing structures and receive regular updates on expenses.

COMPLAINT - 10

Communication: Effective and responsive communication is crucial. Clients expect their attorney to keep them informed about the progress of the case, any developments, and important deadlines. They also want their attorney to be accessible for questions and concerns.

Trial Preparedness: While many personal injury cases settle out of court, clients want their attorney to be prepared to take the case to trial if necessary. This involves thorough trial preparation, including selecting expert witnesses and crafting compelling arguments.

Empathy and Support: Clients often go through physical and emotional challenges due to their injuries. They expect their attorney to be empathetic and provide emotional support during this difficult time. An attorney's compassion and understanding can make a significant difference to the client's overall experience.

Cost Transparency: Clients appreciate clear and transparent communication regarding legal fees and costs associated with their case. They expect their attorney to explain fee structures and any potential expenses upfront.

In summary, clients in personal injury cases have high expectations of their attorneys, including a comprehensive investigation, a clear determination of liability, legal expertise, strong case-building skills, effective communication, timeliness, negotiation prowess, trial readiness, empathy, and cost transparency. Meeting these expectations is crucial in providing clients with the best possible representation and achieving a favorable outcome in their personal injury cases.

COMPLAINT - 11

Summary of Complaints and Claims:

Plaintiffs in personal injury cases typically have several expectations of their personal injury claims regarding investigations and establishing liability. These expectations include:

Thorough Investigation: Clients expect their attorney-representative to conduct a thorough investigation into the circumstances surrounding the injury. This includes gathering evidence, interviewing witnesses, obtaining accident reports, and collecting medical records and bills. Clients rely on their attorney's investigative skills to uncover crucial details that can support their claim.

Determining Liability: Clients expect their attorney-representative to determine who is liable for their injuries. This involves identifying the responsible party or parties, whether it's an individual, a company, or multiple entities. Establishing liability is a fundamental aspect of personal injury cases, and clients count on their attorney-representative to do so convincingly.

Legal Expertise: Clients anticipate that their attorney-representative will have a deep understanding of personal injury law, including the relevant statutes and case precedents. They expect their attorney-representative to provide legal guidance on the strength of their case, potential legal strategies, and the likelihood of success.

Building a Strong Case: Clients want their attorney-representative to build a strong and compelling case on their behalf. This includes organizing evidence, identifying key arguments, and crafting a persuasive narrative that supports their claim. Clients rely on their attorney's skills to present their case effectively in negotiations or in court.

COMPLAINT - 12

Communication: Clients expect open and transparent communication with their attorney. They want to be kept informed about the progress of their case, developments in the investigation, and any updates related to liability. Effective communication helps clients make informed decisions throughout the legal process.

Timeliness: Clients anticipate that their attorney-representative will work diligently to move the case forward in a timely manner. This includes meeting deadlines, filing necessary documents promptly, and avoiding unnecessary delays. Clients understand that a timely resolution can be essential, especially when dealing with medical expenses and lost wages.

Negotiation Skills: Clients look to their attorney-representative to negotiate with the opposing party or their insurance company to secure a fair settlement. They expect their attorney-representative to advocate on their behalf and have the negotiation skills to reach a favorable outcome.

Legal Expertise: Clients expect their attorney-representative to have a deep understanding of the relevant areas of law, whether it's contract law, tort law, employment law, or any other specialty. Clients rely on their attorney's legal knowledge to navigate complex legal issues.

Case Assessment: Clients want their attorney-representative to assess the strengths and weaknesses of their case objectively. They expect an honest evaluation of the likelihood of success and potential risks. This helps clients make informed decisions about how to proceed.

COMPLAINT - 13

Strategy Development: Clients look to their attorney-representative to develop a sound legal strategy tailored to their specific case. This includes identifying legal theories, outlining key arguments, and creating a roadmap for litigation or negotiation.

Evidence Gathering: Clients expect their attorney-representative to assist in collecting and preserving evidence that supports their case. This may involve obtaining documents, interviewing witnesses, or working with experts to analyze evidence.

Witness Preparation: Clients rely on their attorney-representative to prepare them and any witnesses for depositions, hearings, or trial testimony. This includes coaching on how to effectively communicate facts and maintain composure under questioning.

Document Review: Clients expect their attorney-representative to thoroughly review all relevant documents, contracts, agreements, and correspondence related to the case. This helps uncover critical details that can strengthen their position.

Settlement Negotiation: If a case can be resolved through negotiation, clients want their attorney-representative to have strong negotiation skills. They rely on their attorney-representative to advocate for their interests and secure a favorable settlement when possible.

Trial Preparedness: In cases that go to trial, clients seek an attorney-representative who is well-prepared and has a solid courtroom presence. They want to know that their attorney-representative can present their case persuasively before a judge and jury.

COMPLAINT - 14

Legal Research: Clients expect their attorney-representative to conduct thorough legal research to support arguments, find relevant case law, and stay updated on any changes in the law that may impact the case.

Cost Management: Clients appreciate transparent communication about legal fees and costs associated with the case. They want to understand billing structures and receive regular updates on expenses.

Communication: Effective and responsive communication is crucial. Clients expect their attorney-representative to keep them informed about the progress of the case, any developments, and important deadlines. They also want their attorney-representative to be accessible for questions and concerns.

Empathy and Support: Clients often go through physical and emotional challenges due to their injuries. They expect their attorney-representative to be empathetic and provide emotional support during this difficult time. An attorney's compassion and understanding can make a significant difference to the client's overall experience.

Cost Transparency: Clients appreciate clear and transparent communication regarding legal fees and costs associated with their case. They expect their attorney-representative to explain fee structures and any potential expenses upfront.

In summary, clients in personal injury cases have high expectations of their attorneys, including a comprehensive investigation, a clear determination of liability, legal expertise, strong case-building skills, effective communication, timeliness, negotiation prowess, trial readiness,

COMPLAINT - 15

empathy, and cost transparency. Meeting these expectations is crucial in providing clients with the best possible representation and achieving a favorable outcome in their personal injury cases.

[The rest of the complaint remains as previously provided.]

We request that the court accept this jurisdictional plea and proceed with the adjudication of this case in accordance with the Texas Insurance Code, Texas Administrative Code, and other applicable Texas laws.

Dated this 2nd of October 2023.

/s/ Jimmy Massey

Jimmy Massey, Post Office Box 1649, Rockdale, Texas 76567-1649, masseyjimmylee@gmail.com

/s/ Kathleen Washpon

Kathleen Washpon, Post Office Box 1649, Rockdale, Texas 76567-1649, washponkathleen@gmail.com, (254) 307-0621

/s/ Calylle Washpon

Calylle Washpon, Post Office Box 1649, Rockdale, Texas 76567-1649, c.washpon@hotmail.com

/s/ Jane/John Doe

Jane/John Doe, Post Office Box 1649, Rockdale, Texas 76567-1649

Cc:

Defendant(s)

COMPLAINT - 16

1  The Progressive Corporation, 6300 Wilson Mills Rd., Mayfield Village, Ohio 44143

2  Farmers Casualty Insurance Company, 6301 Owensmouth Ave, Woodland Hills, CA 91367

3  Permanent General Assurance Corp, 2636 Elm Hill Pike, Suite 510, Nashville, Tennessee 37214

4  United Healthcare Corporate Office & Headquarters, 9900 Bren Rd. E., MN008-T-615 Minnetonka MN 55343

5  U.S. Department of Veterans Benefits, 810 Vermont Ave., NW, Washington, DC 20420

COMPLAINT - 17

Attachment 11 - Certificate of Service

## CERTIFICATE OF SERVICE

I, _Jimmy Massey & Kathleen Washpun_, Plaintiff pro se, do here by certify that on the __2nd__ Day of __October__, 20 __23__, a true and correct copy of the foregoing pleading was forwarded to , the attorney for (Defendant) by ____(State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail)____ at the following address: ____(give address of Attorney for the Defendant)____.

The Progressive Corporation 6300 Wilson Mills Rd Mayfield Village Ohio 44143

Farmers Casualty Insurance Company 6301 Owensmouth Ave Woodland hills CA 91367

Permanent General Assurance Corp 2636 Elm Hill Pike St 510 Nashville TN 37214

United Healthcare Corporate Office 9900 Bren Rd E. MN008-T-615 Minnetonka MN 55343

US Department of Veteran Benefits 810 Vermont Ave NW Washington DC 20420

Dated: __October 2nd, 2023__

_Signature of Plaintiff_

51

Rev. Ed. October 26, 2017