IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KATHLEEN JULIE WASHPON, JIMMY MASSEY, and DEBRA BABBS, <br><br> Plaintiffs, <br><br> v. <br><br> THE PROGRESSIVE CORPORATION, FARMERS CASUALTY INSURANCE COMPANY, PERMANENT GENERAL ASSURANCE CORP, UNITED HEALTHCARE CORPORATE OFFICE & HEADQUARTERS, and U.S. DEPARTMENT OF VETERANS BENEFITS, <br><br> Defendants. | § § § § § § § § § § § § § § § § § | 1:23-CV-1239-RP |

## FINAL JUDGMENT

On this day the Court granted Defendants' motions to dismiss and dismissed Defendant U.S. Department of Veterans Affairs for lack of service. As nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear their own costs.

**SIGNED** on January 26, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1