# United States Court of Appeals
# for the Fifth Circuit

No. 24-50137

United States Court of Appeals
Fifth Circuit
**FILED**
August 12, 2024
Lyle W. Cayce
Clerk

Kathleen Washpon,

*Plaintiff—Appellant*,

versus

The Progressive Corporation; Farmers Casualty Insurance Company; Permanent General Assurance Corp; United Healthcare Corporate Office & Headquarters; U.S. Department of Veterans Benefits,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-1239

_____

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of August 12, 2024, for want of prosecution. The appellant failed to timely file appellant's brief.

No. 24-50137

LYLE W. CAYCE  
Clerk of the United States Court  
of Appeals for the Fifth Circuit

By: _____  
Melissa B. Courseault, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT